IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISIDRO TORRES, | ) | No. CV-F-05-878 OWW |
| | ) | (No. CR-F-03-5165 OWW) |
| | ) | |
| | ) | ORDER DENYING RESPONDENT'S |
| Petitioner, | ) | MOTION TO DISMISS PETITIONER |
| | ) | TORRES' SECTION 2255 MOTION |
| vs. | ) | (Doc. 503) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

By Order filed on May 28, 2008, the United States was ordered to respond to Petitioner's claim of ineffective assistance of counsel because of counsel's alleged failure to file a Notice of Appeal after being requested to do so by Petitioner.

The United States moves to dismiss this claim because Petitioner specifically waived his right to appeal in his written Plea Agreement.

The motion to dismiss is DENIED. In *United States v. Sandoval-Lopez*, 409 F.3d 1193 (9th Cir.2005), the Ninth Circuit

1  **held that it was error to dismiss without an evidentiary a**
2  **Section 2255 motion alleging that the petitioner, who had waived**
3  **his right to appeal in a plea agreement, specifically told his**
4  **attorney to file a Notice of Appeal.**
5     IT IS SO ORDERED.
6  **Dated:   June 16, 2008**                       /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE