Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for Petitioner Isidro Torres

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ISIDRO TORRES, | ) | Case No. 1:05-cv-878 OWW |
| | ) | [Case No. 1:03-cr-5165 OWW] |
| Petitioner, | ) | |
| | ) | **ORDER GRANTING DISMISSAL** |
| vs. | ) | **OF ACTION** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court having reviewed and considered petitioner Isidro Torres' stipulation to voluntary dismissal of his pending Motion To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody [28 U.S.C. §2255], hereby GRANTS the voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

IT IS HEREBY ORDERED that Case No. 1:05-cv-878 be dismissed

*Order Granting Dismissal of Action, Torres v. U.S.A., Case No. 1:05-cv-878 OWW*

PDF created with pdfFactory trial version www.pdffactory.com

without prejudice.

Dated:     3/10/2009

                                      <u>/s/ OLIVER W WANGER</u>
                                        Honorable Oliver W. Wanger
                                        U. S. District Court

*Order Granting Dismissal of Action, Torres v. U.S.A., Case No. 1:05-cv-878 OWW*

PDF created with pdfFactory trial version www.pdffactory.com